# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 12, 2023

### NO.  03-23-00334-CV

**Enoch Allen, Jr., Appellant**

**v.**

**Rojelio Osorio, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the judgment signed by the trial court on May 31, 2023.  Having reviewed the record, the Court holds that Enoch Allen, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.